# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CAPSTONE BUILDING CORPORATION,** | } | |
| Plaintiff, | } | |
| v. | } | Case No.: 2:08-CV-0513-RDP |
| **AMERICAN MOTORISTS INSURANCE COMPANY,** | } | |
| Defendant. | } | |
| **CAPSTONE DEVELOPMENT CORPORATION,** | } | |
| Plaintiff, | } | |
| v. | } | Case No.: 2:08-CV-0874-RDP |
| **AMERICAN MOTORISTS INSURANCE COMPANY,** | } | |
| Defendant. | } | |

## **ORDER**

This matter is before the court on an informal status report from the parties regarding the status of questions certified by this court to the Connecticut Supreme Court.  (Doc. # 212)  The Connecticut Supreme Court's October 4, 2012 Order (Doc. # 212) dismissed Defendant's Motion to Dismiss or for Stay of Proceedings.  It did not dismiss the action pending before it.  That action remains set on the Connecticut Supreme Court's argument calendar.  Therefore, this action remains **STAYED**.  This court's October 10, 2012 briefing schedule is **VACATED**.

The parties are **ORDERED** to provide a written status report within three (3) business days of any action taken by the Connecticut Supreme Court as to the questions this court certified to it.

**DONE** and **ORDERED** this \_\_\_\_15th\_\_\_\_ day of October, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE